■ In the Matter of RONALD WOLTIN, Petitioner, v PATRICIA B. ADDUCI, as Commissioner of New York State Department of Motor Vehicles, et al., Respondents. [616 NYS2d 286] —

Determination unanimously confirmed without costs and petition dismissed. Memorandum: Respondents' determination that petitioner violated Vehicle and Traffic Law § 319 (1) is supported by substantial evidence *(see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176). (Article 78 Proceeding Transferred by Order of Supreme Court, Nassau County, Levitt, J.) Present—Pine, J. P., Lawton, Wesley, Doerr and Boehm, JJ.